# Exhibit 1

**tyler** technologies

Return mail will be processed by: IBC
PO Box 847 • Holbrook, NY 11741

**NOTICE OF DATA BREACH**

WANDA DELITE CASEY

May 30, 2024

Dear Wanda Delite Casey:

We are writing to inform you about a security incident that may have affected some of your personal information. Tyler Technologies ("Tyler") takes the privacy and security of all information seriously, and we sincerely apologize for any concern or inconvenience this may cause you.

**WHAT HAPPENED**

Tyler provides and maintains a software application called STAR which is utilized by the District of Columbia Department of Insurance, Securities and Banking ("DISB") to conduct its business. We received your information in connection with providing this software and data processing services to DISB.

We determined that an unauthorized third party gained access to an isolated segment of our private cloud-hosting environment that contained limited STAR client data. We promptly took the system offline and began working with independent outside experts to investigate. Based on that investigation, we believe the unauthorized third party had limited access to a portion of our environment and used that access to view and obtain some files on March 23, 2024.

**WHAT INFORMATION WAS INVOLVED**

We determined that the unauthorized third party may have accessed some of your personal information, which may include your full name, contact information, email address, date of birth, Social Security Number, or individual taxpayer identification number.

**WHAT WE ARE DOING**

We hired third-party experts to address this situation, perform an investigation into the unauthorized activity, and further secure our systems to protect your information. Additionally, we restored our systems using safe backups and notified the FBI, which did not delay this notice. As we restored our systems and worked with forensic investigators, we also engaged a data-review firm to analyze the potentially impacted data. We recently received their results and are providing this notice to explain what happened and provide you recommendations on steps you can take.

**WHAT YOU CAN DO**

We encourage you to remain vigilant for any signs of unauthorized financial activity. Please also review the next page for steps you can take to protect yourself against fraud and identity theft, including activating your complimentary credit monitoring.

**FOR MORE INFORMATION**

Should you have any questions or concerns, you can contact us at 888-449-0833, and one of our representatives will be happy to assist you. Thank you for your understanding and patience.

Sincerely,

[signature]

___ Combs
___, Platform Solutions Division of Tyler Technologies, Inc.
___ Tennyson Parkway, Plano, Texas 75024 • www.tylertech.com



## ADDITIONAL STEPS YOU CAN TAKE

**Activate your complimentary credit monitoring** – To help protect you from fraud or identity theft, we are offering a complimentary 1-year membership to Experian's IdentityWorks. This product helps detect possible misuse of your personal information. To register, please:

- Ensure that you **enroll by:** ▮▮▮▮ Your code will not work after this date.
- **Visit** the Experian IdentityWorks website to enroll: ▮▮▮▮
- Provide your **activation code** ▮▮▮▮

If you have questions or want an alternative to enrolling in Experian IdentityWorks online, please contact Experian at (877) 890-9332 by September 30, 2024, and provide them engagement number ▮▮▮▮.

**Remain vigilant** – We encourage you to remain vigilant for fraud or identity theft by reviewing your account statements and free credit reports. You can also find additional suggestions at www.IdentityTheft.gov.

- You should confirm that your credit card company has the correct address on file for you and that all charges on the account are legitimate. If you discover errors or suspicious activity, you should immediately contact the credit card company and inform them that you have received this letter.
- You should obtain and review a free copy of your credit report by visiting www.annualcreditreport.com or calling (877) 322-8228. If the report is incorrect, you should contact the appropriate consumer reporting agency—Equifax, Experian, or TransUnion.

**Consider placing a fraud alert or security freeze on your credit file** – Consumer reporting agencies have tools you can use to protect your credit, including fraud alerts and security freezes.

- A fraud alert is a cautionary flag you can place on your credit file to notify companies extending you credit that they should take special precautions to verify your identity. You can contact any of the three consumer reporting agencies to place fraud alerts with each agency. The alert lasts for one year, but you can renew it.
- A security freeze is a more dramatic step that will prevent others from accessing your credit report, which makes it harder for someone to open an account in your name. You must contact each consumer reporting agency separately to order a security freeze, and they may require you to provide them with your full name, Social Security number, date of birth, and current and previous addresses. A security freeze is free. You can obtain more information about them by contacting the consumer reporting agencies or the Federal Trade Commission.

**Report suspicious activity** – If you believe you are the victim of identity theft, consider (1) notifying your Attorney General, local law enforcement, or the Federal Trade Commission; (2) filing a police report and requesting a copy of that report; and (3) visiting IdentityTheft.gov to report the issue and get recovery steps.

**Contact relevant authorities** – You may contact the below resources to (1) get more information on fraud alerts or security freezes and (2) learn more about protecting yourself from fraud or identity theft.

| Federal Trade Commission | Equifax | Experian | TransUnion |
|---|---|---|---|
| 600 Pennsylvania Ave. NW | P.O. Box 740241 | P.O. Box 9701 | P.O. Box 2000 |
| Washington, DC 20580 | Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 19016 |
| (202) 326-2222 | (800) 685-1111 | (888) 397-3742 | (888) 909-8872 |
| www.ftc.gov | www.equifax.com | www.experian.com | www.transunion.com |

| Maryland Attorney General | New York Attorney General | North Carolina Attorney General | Washington, DC Attorney General |
|---|---|---|---|
| 200 St. Paul Place, 25th Floor | The Capitol | 9001 Mail Service Center | 400 6th St. NW |
| Baltimore, MD 21202 | Albany, NY 1224 | Raleigh, NC 27699 | Washington, DC 20001 |
| (888) 743-0023 | (800) 771-7755 | (919) 716-6400 | (202) 727-3400 |
| www.marylandattorneygeneral.gov | www.ag.ny.gov | www.ncdoj.gov | www.oag.dc.gov |

**Review the Fair Credit Reporting Act** – You also have certain rights under the Fair Credit Reporting Act (FCRA), including the right to know what is in your file, to dispute incomplete or inaccurate information, and to have consumer reporting agencies correct or delete inaccurate, incomplete, or unverifiable information. For more information about the FCRA, and your rights pursuant to the FCRA, please visit: https://www.consumer.ftc.gov/sites/default/files/articles/pdf/pdf-0096-fair-credit-reporting-act.pdf.