AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

| Wanda D. Casey, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00425-JRG |
| Tyler Technologies, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wanda D. Casey, individually and on behalf of all others similarly situated,                             .

Date:    08/13/2024

Tanner R. Hilton
*Attorney's signature*

Tanner R. Hilton, OBA # 35639
*Printed name and bar number*
Federman & Sherwood
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73104

*Address*

trh@federmanlaw.com
*E-mail address*

(405) 235-1560
*Telephone number*

(405) 239-2112
*FAX number*