# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Wanda D. Casey, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Tyler Technologies, Inc.,<br><br>    Defendant. | Case No.: 2:24-cv-00425-JRG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wanda D. Casey, on behalf of herself and all others similarly situated, hereby voluntarily dismisses this action without prejudice against Defendant Tyler Technologies, Inc., with all parties to bear their own costs. No Answer or responsive pleadings have been filed into the record of this matter.

Dated:  September 12, 2024              Respectfully submitted,

                                        */s/ William B. Federman*
                                        William B. Federman
                                        Tanner R. Hilton
                                        **FEDERMAN & SHERWOOD**
                                        10205 North Pennsylvania Avenue
                                        Oklahoma City, OK 73120
                                        -and-
                                        212 W. Spring Valley Road
                                        Richardson, TX  75081
                                        Telephone: (405) 235-1560

                                        *Counsel for the Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ William B. Federman
William B. Federman