IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WANDA D, CASEY, individually and on behalf of all others similarly situated, | § § § § § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00425-JRG |
| TYLER TECHNOLOGIES, INC., | § § § § | |
| *Defendant*. | § | |

## **ORDER**

Before the Court is the FRCP 41(a)(1)(A)(i) Notice of Dismissal (the "Notice") filed by Plaintiff Wanda D. Casey, on behalf of herself and all others similarly situated ("Plaintiff"). (Dkt. No. 6.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Tyler Technologies, Inc. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of September, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE